IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JALON LOMATE JACKSON, #305335, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-134-WHA |
| | ) | |
| OFFICER K. COPPAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 19, 2019, the Magistrate Judge entered a Recommendation (Doc. #5) to which no objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

A separate Final Judgment will be entered.

DONE this 12th day of April 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE